UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES-GENERAL

Case No.  CV 14-7685-PLA                                                     Date  February 5, 2015

Title: Gerardo R. Martinez, II v. County of Santa Barbara, et al.

---

PRESENT: THE HONORABLE    PAUL L. ABRAMS          ☐ U.S. DISTRICT JUDGE
                                                  ☒ MAGISTRATE JUDGE

| Christianna Howard | N/A | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**         **ATTORNEYS PRESENT FOR DEFENDANTS:**
             NONE                                              NONE

**PROCEEDINGS:**          **(IN CHAMBERS)**

Plaintiff's Complaint was filed on October 3, 2014.  Pursuant to the Notice to Counsel, issued on October 3, 2014, service of process must be accomplished in accordance with Rule 4 of the Federal Rules of Civil Procedure or in any manner provided by State Law, when applicable.  Service should be promptly made; unreasonable delay may result in dismissal of the action under Local Rule 41 and Rule 4(m) of the Federal Rules of Civil Procedure.  Proof of service or a waiver of service of summons and complaint must be filed with the Court.  To date, a proof of service has not been filed with the Court.  Accordingly, **no later than February 12, 2015, plaintiff is ordered to show cause** why this case should not be dismissed for failure to prosecute.  Filing of the proof of service on or before February 12, 2015, shall be deemed compliance with this Order to Show Cause.

**IT IS SO ORDERED**.

cc:     Counsel of Record

                                                                        Initials of Deputy Clerk____ch____