UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| GERARDO R. MARTINEZ, II, | No. CV 14-7685-PLA |
| Plaintiff, | **ORDER DISMISSING COMPLAINT WITHOUT PREJUDICE** |
| v. | |
| COUNTY OF SANTA BARBARA, et al., | |
| Defendants. | |

Plaintiff, through counsel, filed this civil rights action on October 3, 2014. When, as of February 2, 2015, plaintiff had not filed a proof of service of the Complaint with the Court, the Magistrate Judge issued an order to show cause why this action should not be dismissed for failure to prosecute. On February 12, 2015, plaintiff filed a "Written Response" to the order to show cause, in which he indicates that this action was filed "with the intention of preserving federal statute of limitations;" that plaintiff also filed *and served* a complaint in state court, as to which litigation is proceeding, and with the objective of having that case removed to Federal Court; and that he would "still like to request" the state court defendants to remove that case to this Court.

Rule 4(m) of the Federal Rules of Civil Procedure requires that a complaint be served within 120 days after the complaint is filed, and requires that the Court dismiss the action without prejudice or order that service be made within a specific time. The Court must extend the time if

1  plaintiff shows good cause for the failure to serve.  Here, plaintiff has not shown good cause for
2  his failure to serve the Complaint in this action.  Indeed, he was able to serve a state complaint
3  on defendants, so inability to serve is not at issue.  Neither has he provided any reason for not
4  serving the Complaint, other than his desire that defendants will remove the state action to this
5  Court.  That is not good cause for failure to serve here.
6     Accordingly, this action is **dismissed without prejudice**.

8  DATED: February 20, 2015
9                                       HON. GEORGE H. KING
                                        CHIEF UNITED STATES DISTRICT JUDGE

2